UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT VENTIMIGLIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1199 CDP |
| ) | |
| ST. LOUIS C.O.G., INC., et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

This matter is before me on a variety of motions filed by plaintiff. Plaintiff requests that the United States Marshal Service serve defendants Carl Whitaker, Norman McFall, and David Hakes under Federal Rule of Civil Procedure 4(c)(3). I will grant this motion, but plaintiff is responsible for providing all information necessary to effect service, including the addresses of the defendants. I will deny plaintiff's request to serve defendant McFall's attorney on behalf of McFall, as well as plaintiff's request to require Mr. McFall's attorney to provide his address. Plaintiff's motions for appointment of next friend are denied because plaintiff's minor children are not parties to this action.[1]

Accordingly,

---

[1] Even though plaintiff refers to "plaintiffs" in the motions before the Court, Mr. Ventimiglia is the only plaintiff named in the complaint

**IT IS HEREBY ORDERED** that plaintiff's motion for service [#3] **is granted only in part as specifically stated above**, and the United States Marshals Service is ordered to serve process on defendants Carl Whitaker, Norman McFall, and David Hakes. In all other respects, the motion is denied.

**IT IS FURTHER ORDERED** that plaintiff's motions and requests for appointment of next friend [#4, 5, 8-9] are denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2008.