UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT VENTIMIGLIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1199 CDP |
| ) | |
| ST. LOUIS C.O.G., INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on a variety of motions filed by plaintiff. Plaintiff moves to amend his complaint. This case is recently filed, and most of the defendants have not yet been served. Because leave to amend shall be freely granted, I will grant the motion to amend in the interests of justice. Plaintiff also moves to reconsider my September 10, 2008 denying his motions for appointment of next friend. Because the amended complaint names plaintiff's minor children as parties, the motion for reconsideration will be granted and the motions for appointment of next friend will be granted. Finally, because an amended complaint has now been filed, defendant C.O.G.'s motion to dismiss the original complaint will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an

amended complaint [#15] is granted, and the amended complaint [#16] is deemed filed on this date.

**IT IS FURTHER ORDERED** that plaintiff's motion to replace [#22] four pages of the amended complaint to correct typographical errors is granted, and the four supplemental pages are substituted for the four original pages contained in the amended complaint and are considered part of the amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's motion for reconsideration [#17] is granted, and the motions for appointment of next friend [#8-9] are granted.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss [#12] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2008.