UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT VENTIMIGLIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1199 CDP |
| | ) |
| ST. LOUIS C.O.G., INC., et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

Before me now is plaintiffs' motion to alter or amend the Order of Dismissal and its accompanying Memorandum and Order issued on January 5, 2009. Because plaintiffs' motion presents no basis for relief under Rules 59 or 60 of the Federal Rules of Civil Procedure, the motion will be denied. The motion for final judgment will be denied as moot because the Order of Dismissal entered on January 5, 2009 [docket # 194] is a final judgment.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to alter or amend [#110] is denied.

**IT IS FURTHER ORDERED** that plaintiffs' motion to issue a final judgment [#109] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2009.