UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT VENTIMIGLIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1199 CDP |
| ) | |
| ST. LOUIS C.O.G., INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

I dismissed plaintiffs' claims by Memorandum and Order dated January 5, 2009 and denied plaintiffs' motion to alter or amend judgment on January 14, 2009. This case is now closed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions to strike [#113], to disqualify judge [#114], for facts, findings, and conclusions of law [#115], and for leave to file additional pages [#116] are denied.

                                              _____
                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 15th day of January, 2009.